UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSE LUIS PEREZ and PEDRO SANTIAGO ZACARIAZ, : Case No. 20-CV-782
on behalf of themselves and others similarly situated, : (KMK) (LMS)

                          Plaintiff,

   -against-

ULTRA SHINE CAR WASH, INC., ADELINO F. PASTILHA,
and JUAN MENDEZ,

                        Defendants.
---------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, on January 29, 2020, plaintiffs Jose Luis Perez and Pedro Santiago Zacariaz ("Plaintiffs") filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

WHEREAS, although commenced as a putative collective action under the FLSA, Plaintiffs did not seek certification and no individuals received notice of this action;

WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

2

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and the Settling Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
March 9, 2021

For the Plaintiff:
CILENTI & COOPER, PLLC

By: _____
Justin Cilenti
Attorneys for Plaintiffs
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
(212) 209-3933

For the Defendants:
LAW OFFICE OF STANLEY J. SILVERSTONE

By: _____
Stanley J. Silverstone, Esq.
Attorneys for Defendants
10 Esquire Road, Suite 12
New City, New York 10956
(845) 215-9522

So Ordered

_____
Hon. Kenneth J. Karas, U.S.D.J.
6/30/22

3